Debtor(s): Patrick Lynn Geddes    SSN#: XXX-XX-5400    Net Monthly Earnings:
Mary Christine Geddes    SSN#: XXX-XX-8121    Number of Dependents: 2

### I. Plan Payments:

(X) Debtor(s) propose to pay a periodic payment of $475 ( ) weekly ( )biweekly ( )semi-monthly (X )monthly into the plan; or

( ) Payroll deduction Order: To for $ ( )weekly ( )biweekly ( )semimonthly ( )monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $27,211

### II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULE AMOUNT | MONTHLY PAYMENT |
| --- | --- | --- | --- |
| IRS | Income Taxes | $1,626.76 | $28.05 |
| State of Alabama | Income Taxes | $3,763.84 | $64.89 |

B. Total Attorney Fee: $2,750; 0.00 paid pre-petition; $950 to be paid at confirmation and $50 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with 6% interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid BY DEBTOR | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
| --- | --- | --- | --- | --- | --- | --- | --- |
| City Mortgage | $208,264.40 | $1,434.43 | February 2010 | $5,737.72 | Thru January 2010 | N/A | $98.93 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposes Interest Rate | Proposed Fixed Payment | Fixed Payment to begin |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Alabama Credit Union | $50.00 | $9,976.35 | $9,976.35 | $0.00 | 2000 Toyota Tundra | 6% | $198.58 | After Confirmation |

### III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
| --- | --- | --- | --- | --- |
| None | | | | |

### IV. Special Provisions:

(X) This is an original plan.
( X ) This is an amended Plan replacing Plan dated: 1/6/2010
(X) This plan proposes to pay unsecured creditors 0%

**Other Provisions**:

(1) Debtors propose to pay City Mortgage over 58 months for the mortgage arrears. Debtors further propose to pay the current mortgage payment directly beginning in January 2010.

(2) Debtors propose to pay the secured and priority creditors over 58 months.

(3) Debtors propose to surrender one 2008 Cadillac SRX to Alabama Credit Union

(4) Debtors propose to value 2nd Mortgage to GMAC Mortgage

Claude M. Burns Jr./Eric M. Wilson    2/7/2010    /s/ Patrick L. Geddes
2421 13th Street    Date    Signature of Debtor
Tuscaloosa, AL 35401
(205) 349-2737

2/7/2010    /s/ Mary C. Geddes

Date                             Signature of Debtor