# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | **}** | |
| | **}** | |
| **GEDDES, PATRICK LYNN,** | **}** | **CASE NO:    10-70018-CMS** |
| **SSN xxx-xx-5400,** | **}** | |
| **GEDDES, MARY CHRISTINE** | **}** | |
| **SSN xxx-xx-8121** | **}** | |
| **Debtor.** | **}** | |

## ORDER ON DEBTORS' MOTION TO VALUE REAL ESTATE REGARDING GMAC MORTGAGE, LLC

This matter coming before the Court on the Debtors' Motion to Value Real Estate filed by GMAC MORTGAGE, LLC (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

The Amended Claim 4 of GMAC MORTGAGE, LLC shall be paid as a wholly unsecured claim by the Chapter 13 Trustee.

GMAC MORTGAGE, LLC 's lien will only be stripped upon the completion of the Debtors' Chapter 13 plan and Debtors' receipt of a discharge.

Any dismissal of the case or conversion to a Chapter 7 will result in a full reinstatement of the lien of GMAC MORTGAGE, LLC.  The lien shall be released and extinguished upon the successful completion of the Debtor's pending Chapter 13 Plan.

GMAC MORTGAGE, LLC shall file a release of the lien with the recorder of deeds in the county in which said Property is situated. GMAC MORTGAGE, LLC shall have an unsecured claim in the amount listed on its POC.

In the event that the holder of the first lien on the subject property forecloses on its security interest and extinguishes the mortgage of GMAC MORTGAGE, LLC, prior to the completion of this pending Chapter 13 plan and receipt of a discharge, the lien of GMAC MORTGAGE,LLC shall attach to the surplus proceeds from the foreclosure sale for the full amount of the amount due and owing under the terms of the Note and Mortgage.

In the event that GMAC MORTGAGE, LLC does not execute and deliver to the Debtors any termination statement, or other document that is or may be required by law to release

and discharge the Second Mortgage, the Debtors shall be permitted to use the attached order along with the Order of Discharge as authorization for termination and release of the Second Mortgage.


**DONE and ORDERED** this March 24, 2010.


/s/ C. Michael Stilson

C. Michael Stilson

United States Bankruptcy Judge


AGREED TO AND APPROVED:

/s/Enslen Crowe                                      /s/Eric M. Wilson
ENSLEN CROWE                                    ERIC M. WILSON
Attorney for Creditor                              Attorney for Debtors
SIROTE & PERMUTT, P.C.                     2421 13th Street
2311 Highland Avenue South, Suite 500    Tuscaloosa, AL  35401
Birmingham, Alabama  35205
Telephone: (205) 918-5013


/s/C. David Cottingham
C. David Cottingham
1307 25th Avenue
PO Box 020588
Tuscaloosa, AL  35402-05880


PARTIES TO RECEIVE COPIES:

Eric M. Wilson
2421 13th Street
Tuscaloosa, AL  35401

Patrick Lynn Geddes and Mary Christine Geddes
2605 Mayfield Street
Northport, AL  35475

C. David Cottingham
1307 25th Avenue
PO Box 020588
Tuscaloosa, AL  35402-0588

Sirote & Permutt, P.C.
Thomas G. Tutten
2311 Highland Avenue South
Birmingham, AL  35205