UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                                CASE NO: 10-70018-BGC13
    PATRICK LYNN GEDDES                         CHAPTER 13
    MARY CHRISTINE GEDDES
    DEBTORS.

## TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING

Comes now C. David Cottingham, Standing Trustee, in the above styled case and moves to dismiss this case and in support thereof represents to the Court as follows:

| | |
|---|---|
| ____ | The Debtors' payments are not current, resulting in a material default in plan payments pursuant to 11 U.S.C. 1307 (c)(6). |
| ____ | The Debtors' Plan is no longer feasible. |
| XX | The Debtors' payments are insufficient to pay case within the time allowed by law. |
| ____ | The Trustee has received notice that the Debtors are deceased. |

WHEREFORE, the Trustee moves that this case be **DISMISSED**.

This the 27th day of January, 2015.                        /s/ C. David Cottingham
                                                                                             C. David Cottingham, Standing Trustee

## NOTICE OF HEARING

Notice is hereby given that a hearing on the above styled motion will be held on Tuesday the 3rd day of March, 2015, at 9:00 a.m. in the UNITED STATES BANKRUPTCY COURT, FEDERAL COURT HOUSE, 2005 UNIVERSITY BLVD, ROOM 2600, TUSCALOOSA, AL 35401.

Certificate of Service

A copy of the foregoing Motion has been filed with the Court. I hereby certify that I have served a copy of the foregoing Motion on the Debtors and Debtors' Attorney by mailing a copy of the same with adequate postage thereon or by electronic means when available:

This the 27th day of January, 2015.                        /s/ C. David Cottingham
                                                                                             C. David Cottingham, Standing Trustee